# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MARY WALLER, on Behalf of Herself**
**and All Others Similarly Situated**                                                **PLAINTIFF**

**VS.**                            **4:09CV00830-WRW**

**THE UNUM GROUP AND**
**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA**                                                                          **DEFENDANTS**

## ORDER

Plaintiff's unopposed Motion for Voluntary Dismissal (Doc. No. 12) is GRANTED.

Accordingly, Plaintiff's individual claims are DISMISSED with prejudice, and the class claims are DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of June, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE